ALFRED H. BLUMBERG and MILTON L. BLUMBERG, Respondents, v. 4602 FOURTEENTH AVENUE CORPORATION and Others, Defendants, and LIGHTOLIER COMPANY, Appellant. ▮— On reargument, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

DOROTHY G. COWERD, Appellant, v. CLARENCE HODSON & Co., INC., Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

HAROLD L. COWIN, as Receiver in Supplementary Proceedings of the Property of MORRIS KOSSOY, Respondent, v. MIDWOOD TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

ALEXANDER C. DOW, as Administrator, etc., of JAMES GREEN, Deceased, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY OF NEWARK, N. J., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

NICHOLAS HESS, Appellant, v. CLAYTON H. SMITH, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JOHN W. HUGHES and CATHLEEN MAE HUGHES, Respondents, v. WALTER RENO WATSON and AGNES L. WATSON, Appellants.— Interlocutory judgment modified by superseding the provisions therein which vacate and set aside the deeds of October 20, 1927, and April 25, 1928, by a provision that declares that these deeds were procured by fraud for the reasons indicated in the judgment, and by providing that the defendants reconvey to plaintiff John W. Hughes the property covered by these two deeds except in so far as the property may have been conveyed to innocent purchasers for value without notice of such fraud. As thus modified the judgment is unanimously affirmed, with costs to respondents. This modification will leave a basis upon which the other provisions in the judgment may operate by way of enforcing the right of Hughes to an accounting for the proceeds of sales of the property which may have been transferred to innocent purchasers, against which proceeds may then be applied the amounts found by the court to have been advanced by the defendants to said plaintiff Hughes. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ. Settle order on notice.

In the Matter of Proving the Last Will and Testament of NORA V. MCCORMICK, Deceased, as a Will of Real and Personal Property. PATRICK L. MCGRATH, Appellant; FRANCIS MCGRATH and DOROTHY MCGRATH, by IRVING CAHN, Their Special Guardian, and FRANCES MCGRATH ORR, Respondents.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.